UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand and fourteen,

_____

First Mercury Insurance Company,

 intiff-Counter-Defendant - Appellant - Cross - Appellee,

v.

613 NY Inc.,

Defendant-Counter-Claimant - Appellee - Cross-Appellant,

Cezarin Ndreka,

Defendant - Appellee.

_____

**ORDER**
Docket No. 14-2300 (XAP)

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

