# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: First Mercury Insurance Co. v. 613 NY Inc., et al.    Docket No.: 14-1954

Lead Counsel of Record (name/firm) or Pro se Party (name): Jennifer L. Stewart/Smith, Buss & Jacobs, LLP

Appearance for (party/designation): 613 NY Inc./Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: Jennifer L. Stewart
Firm: Smith, Buss & Jacobs
Address: 733 Yonkers Avenue, Second Floor
Telephone: 914 476-0600            Fax: 914 457-0040
Email: jbuss@sbjlaw.com , jstewart@sbjlaw.com, hmoran@sbjlaw.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (—) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jennifer L. Stewart
Type or Print Name: Jennifer L. Stewart
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.